UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 08-61393-CIV-ZLOCH/SNOW

KEITH LONDON,

    Plaintiff,
v.

CITY OF HALLANDALE BEACH,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Keith London, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), hereby voluntarily dismisses this action because Plaintiff has obtained the relief he sought in this action. Plaintiff challenged a Motion passed by the Defendant on May 21, 2008, which prohibited him from attending public hearings of other local government entities and generally prohibited him discussing the broad subjects of garbage, waste management and recycling.

Prompted by Plaintiff's lawsuit, Defendant realized its errors and enacted two subsequent Resolutions to address Plaintiff's legitimate concerns. Copies of the Defendant's Resolutions enacted September 11, 2008, and September 18, 2008, are attached hereto.

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Jamie Cole, Esq., 200 East Broward Blvd., Suite

1900, Fort Lauderdale, Florida 33301, through transmission of Notice of Electronic Filing generated by CM/ECF.

        WOLFE & GOLDSTEIN, P.A.
        100 S.E. Second St., Suite 3300
        Miami, Florida 33131
        Telephone:   (305) 381-7115
        Facsimile:    (305) 381-7116

        By:___/s/ Mark Goldstein___
        MARK GOLDSTEIN

RESOLUTION NO. 2008 – 44

A RESOLUTION OF THE CITY OF HALLANDALE BEACH, FLORIDA, PROTECTING THE CONFIDENTIALITY OF ATTORNEY-CLIENT COMMUNICATIONS MADE IN CONNECTION WITH THE PENDING REUTERS/WASTE MANAGEMENT LITIGATION AND DESIGNATING THE CITY'S EXCLUSIVE REPRESENTATIVES.

WHEREAS, the City has been involved in litigation and arbitration with Reuters/Waste Management over the subject of solid waste disposal for several years (collectively, the "Litigation"); and

WHEREAS, on or about May 21, 2008, the City Commission passed an oral motion (the "Motion") limiting City Commissioners from discussing the Litigation; and

WHEREAS, the City Commission has determined that the Motion should be clarified and replaced by this Resolution, so that the restrictions are clearly understood; and

WHEREAS, in connection with the Litigation, the City Commission has, pursuant to section 286.011(8), Florida Statutes, met on a number of occasions in private attorney-client sessions, at which sessions confidential attorney-client communications have taken place; and

WHEREAS, it is vital that the attorney-client communications remain private during the pendency of the Litigation; and

WHEREAS, the City Commission recognizes that statements made by City Commissioners regarding the Litigation may prejudice the City's position in the Litigation, and/or in settlement discussions; and

WHEREAS, it is important that the City communicate with Reuters/Waste Management in a consistent, unified manner, and that, in furtherance thereof, the City Commission has determined that the City Manager and the City's attorneys should be the only individuals communicating with Reuters/Waste Management on behalf of the City during the pendency of the Litigation; and

WHEREAS, the City Commission has determined that statements made by Commissioners at public meetings where issues related to the Litigation might be discussed jeopardizes the City's interests in the Litigation, and should accordingly be avoided.

NOW, THEREFORE, BE IT RESOLVED BY THE CITY COMMISSION OF THE CITY OF HALLANDALE BEACH, FLORIDA:

Reso. No. 2008-44

**Section 1.** Until the Litigation between Reuters/Waste Management and the City is concluded:

**A.** No member of the Commission shall disclose to any person, orally or in writing, any information learned or matters discussed (i) at any attorney-client session held regarding the Litigation, or (ii) at any individual meeting with the City's attorneys and/or City Manager related to the Litigation.

**B.** No member of the Commission shall communicate, orally or in writing, with any person other than the City's attorneys and City Manager regarding the Litigation.

**C.** No member of the Commission shall speak at (i) any meeting of the Resource Recovery Board (or its Technical Advisory Committee), or (ii) at any meeting (other than a City Commission attorney-client session) where issues related to the Litigation are likely to be discussed.

**Section 2.** The City's attorneys and City Manager are hereby designated to be the City's sole and exclusive representatives for the purpose of communicating and negotiating with Reuters/Waste Management regarding the Litigation.

**Section 3.** That if any clause, section, or other part or application of this resolution shall be held in any court of competent jurisdiction to be unconstitutional or invalid, such unconstitutional or invalid part or application shall be considered as eliminated and will in no manner affect the validity of the remaining portions or applications which shall remain in full force and effect.

**Section 4.** This Resolution shall take effect immediately upon its passage and adoption.

APPROVED AND ADOPTED this 11th day of September, 2008.

_____
MAYOR – COMMISSIONER

ATTEST:

_____
CITY CLERK

VOTE
AYE / NAY

Mayor Cooper ✓ / ___
Vice-Mayor Julian ✓ / ___
Comm. London absent / ___
Comm. Ross ✓ / ___
Comm. ~~Schiller~~ Sanders ✓ / ___

Reso. No. 2008-44

RESOLUTION NO. 2008 – 46

A RESOLUTION OF THE CITY OF HALLANDALE BEACH, FLORIDA, PROTECTING THE CONFIDENTIALITY OF ATTORNEY-CLIENT COMMUNICATIONS MADE IN CONNECTION WITH THE PENDING REUTERS/WASTE MANAGEMENT LITIGATION AND DESIGNATING THE CITY'S EXCLUSIVE REPRESENTATIVES.

WHEREAS, the City has been involved in litigation and arbitration with Reuters/Waste Management over the subject of solid waste disposal for several years (collectively, the "Litigation"); and

WHEREAS, on or about September 11, 2008, the City Commission passed Resolution No. 2008-44 (the "September 11 Resolution") in order to limit City Commissioners from discussing the Litigation; and

WHEREAS, the City Commission has determined that the September 11 Resolution should be clarified and replaced by this Resolution; and

WHEREAS, in connection with the Litigation, the City Commission has, pursuant to section 286.011(8), Florida Statutes, met on a number of occasions in private attorney-client sessions, at which sessions confidential attorney-client communications have taken place; and

WHEREAS, it is vital that the attorney-client communications remain private during the pendency of the Litigation; and

WHEREAS, the City Commission recognizes that statements made by City Commissioners regarding the Litigation may prejudice the City's position in the Litigation, and/or in settlement discussions; and

WHEREAS, it is important that the City communicate with Reuters/Waste Management in a consistent, unified manner, and that, in furtherance thereof, the City Commission has determined that the City Manager and the City's attorneys should be the only individuals communicating with Reuters/Waste Management on behalf of the City during the pendency of the Litigation; and

WHEREAS, the City Commission has determined that statements made by Commissioners at public meetings where issues related to the Litigation might be discussed jeopardizes the City's interests in the Litigation, and should accordingly be avoided.

NOW, THEREFORE, BE IT RESOLVED BY THE CITY COMMISSION OF THE CITY OF HALLANDALE BEACH, FLORIDA:

**Section 1.**   Until the Litigation between Reuters/Waste Management and the City is concluded:

**A.**   No member of the Commission shall disclose to any person, orally or in writing, any information learned or matters discussed (i) at any attorney-client session held regarding the Litigation, or (ii) at any individual meeting with the City's attorneys and/or City Manager related to the Litigation.

**B.**   No member of the Commission shall communicate, orally or in writing, with any person other than the City's attorneys and City Manager regarding the Litigation.

**C.**   No member of the City Commission shall publicly speak at:
   (i)   any meeting of the Resource Recovery Board (or its Technical Advisory Committee), or
   (ii)  at any portion of any meeting (other than a City Commission attorney-client session) where issues related to the Litigation are likely to be discussed, but may publicly speak at other portions of such meetings.

**Section 2.**   The City's attorneys and City Manager are hereby designated to be the City's sole and exclusive representatives for the purpose of communicating and negotiating with Reuters/Waste Management regarding the Litigation.

**Section 3.**   This Resolution shall take effect immediately upon its passage and adoption.

APPROVED AND ADOPTED this 18th day of September, 2008.

MAYOR – COMMISSIONER

ATTEST:

CITY CLERK

VOTE
AYE / NAY

Mayor Cooper ✓ /
Vice-Mayor Julian ✓ /
Comm. London absent /
Comm. Ross ✓ /
Comm. ~~Schiller~~ Sanders ✓ /

Reso. No. 2008-46