UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61393-CIV-ZLOCH

KEITH LONDON,

    Plaintiff,

vs.                              **FINAL ORDER OF DISMISSAL**

CITY OF HALLENDALE BEACH,

    Defendant.
_____/

THIS MATTER is before the Court upon Plaintiff Keith London's Notice Of Voluntary Dismissal (DE 18). The Court has carefully reviewed said Notice and the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff Keith London's Notice Of Voluntary Dismissal (DE 18) be and the same is hereby approved, adopted and ratified by the Court;

2. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the above-styled cause be and the same is hereby **DISMISSED**; and

3. To the extent not otherwise disposed of herein, all pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   19th   day of September, 2008.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record